IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIS CLAY HOLLIS,

    Petitioner,               No. CIV S-04-2574 MCE GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.            <u>ORDER</u>

_____/

        Petitioner's counsel has requested an extension of time to file an amended petition pursuant to the court's order of February 1, 2005. Petitioner's April 19, 2005 request is not made in accordance with the local rules in that the request does not include either a lodged proposed order via ECF in .pdf format or a proposed order emailed in wordprocessing format. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 4/25/05                        /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

ggh:009
holl2574.ord