BARBARA MICHEL, Attorney at Law
California State Bar N. 95503
P.O. Box 12535
Berkeley, California 94712
Telephone (510) 841-4338
e-mail barbaramichel@sbcglobal.net

Attorney for Petitioner
Ellis Clay Hollis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ELLIS CLAY HOLLIS,**                      CIV S-04-2574 MCE GGH P

                                Petitioner,   **ORDER**
   v.                                         **EXTENDING TIME**

**DAVID L. RUNNELS, Warden,**

                               **Respondent.**
_____/

       Petitioner, Ellis Clay Hollis, through counsel, having applied for a 90-day extension of time in which to comply with the filing deadline originally set at April 19, 2005, in which to file an amended petition or statement as expressed in the parties' "JOINT SCHEDULING STATEMENT," dated January 19, 2005, and Good Cause therefor having been shown,

       IT IS HEREBY ORDERED that the time in which said petition or statement is to be filed shall be extended by 90days, and that said document shall be filed on or before July 18, 2005.

Dated: 5/3/05

                                               /s/ Gregory G. Hollows
                                               _____
                                               GREGORY G. HOLLOWS, JUDGE

holl2574.eot04

(Proposed) Order Extending Time