BARBARA MICHEL, Attorney at Law
California State Bar N. 95503
P.O. Box 12535
Berkeley, California 94712
Telephone (510) 841-4338
e-mail barbaramichel@sbcglobal.net

Attorney for Petitioner
Ellis Clay Hollis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ELLIS CLAY HOLLIS,**                  CIV S-04-2574 MCE GGH P

                        Petitioner,    **(PROPOSED) ORDER**
v.                                    **EXTENDING TIME**

**DAVID L. RUNNELS, Warden,**

                        **Respondent.**
_____/

Petitioner, Ellis Clay Hollis, through counsel, having applied for a 30-day extension of time, to August 17, 2005, to comply with the filing deadline currently set at July 18, 2005, for the purpose of filing an amended petition or statement as expressed in the parties' "JOINT SCHEDULING STATEMENT," dated January 19, 2005, and Good Cause therefor having been shown,

IT IS HEREBY ORDERED that the time in which said petition or statement is to be filed shall be extended by _30_ days, and that said document shall be filed on or before August 17, 2005.

Dated: _July 25_, 2005.

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS, JUDGE

(Proposed) Order Extending Time