IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIS CLAY HOLLIS,

    Petitioner,                    No. CIV S-04-2574 MCE GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.               ORDER

_____/

       Petitioner's counsel has requested a third extension of time to file an amended petition pursuant to the court's order of February 1, 2005. Petitioner's August 17, 2005 request is not made in accordance with the local rules in that the request does not include a proposed order emailed in wordprocessing format. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

       This is the second time petitioner has failed to be in full compliance with the Local Rules in filing/emailing a proposed order. See Order filed on April 25, 2005. Should this occur again, the request will simply be denied.

       IT IS SO ORDERED.

Dated: 8/24/05                                /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

ggh:009 holl2574.ord2