IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLIS CLAY HOLLIS,** | CV S-04-2574 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's first amended petition for writ of habeas corpus be filed on or before February 18, 2006.

Dated: 1/13/06              /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

holl2574.po