BARBARA MICHEL, Attorney at Law
California State Bar N. 95503
P.O. Box 12535
Berkeley, California 94712
Telephone (510) 841-4338
e-mail barbaramichel@sbcglobal.net

Attorney for Petitioner
Ellis Clay Hollis

**FILED**

MAR 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ELLIS CLAY HOLLIS,**

Petitioner,

v.

**DAVID L. RUNNELS, Warden,**

Respondent.

CIV S-04-2574 MCE GGH P

**(PROPOSED) ORDER EXTENDING TIME**

Petitioner, Ellis Clay Hollis, through counsel, having applied for a 14-day extension of time, to March 30, 2006, to comply with the filing deadline currently set at March 16, 2006, and Good Cause therefor having been shown,

IT IS HEREBY ORDERED that the time in which said petition or statement is to be filed shall be extended ~~by ____ days~~, and that said document shall be filed on or before 3/30 , 2006. *

Dated: March 27, 2006.

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS, JUDGE

* In future, provide by e-mail in word processing format any proposed order per Local Rule 5-137(b).

(Proposed) Order Extending Time