IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIS CLAY HOLLIS,

    Petitioner,

  vs.

DAVID L. RUNNELS,

    Respondent.

                            /

No. 2:04-cv-02574-MCE-GGH P

ORDER

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 28, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the magistrate judge's February 22, 2008, findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.

Dated: May 6, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE